**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-1844-DOC (DFMx)         Date: June 8, 2015
       SA CV 14-1889-DOC (DFMx)
       SA CV 14-1922-DOC (DFMx)
       SA CV 14-1969-DOC (JCGx)
       SA CV 14-1991-DOC (DFMx)

Title: ASHLEY BOEHLER V. ZILLOW, INC.
      RACHEL KREMER V. ZILLOW, INC.
      JENNIFER YOUNG V. ZILLOW, INC.
      JAMES FRIEDRICH V. ZILLOW, INC.
      STEPHEN JOHNSON, ET AL. V. ZILLOW, INC.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Benjamin Meiselas | Amanda Bonn |
| Mark Geragos | Brooke Taylor |
| | Ravi Doshi |
| | Steven Sklaver |
| | Davida Brook |

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

      The Court held a scheduling conference in all five above-listed cases. The Court ORDERED as follows:

(1) The complaints in Boehler v. Zillow, Case No. SA CV 14-1844-DOC (DFMx), and Friedrich v. Zillow, Case No. SA CV 14-1969-DOC (JCGx), shall be consolidated by **Monday, June 22, 2015** and all future filings shall be filed only under the low number case, Boehler v. Zillow, Case No. SA CV 14-1844-DOC (DFMx).

(2) Case No. SA CV 14-1991-DOC (DFMx) shall be separated into three trials, one for Plaintiffs Stephen Johnson, Reginald Peterson, and Ryan Seda's claims; one for Plaintiff Jason Youseph's claims; and one for Plaintiff Michael Kerr's claims.

(3) The following dates shall apply to all the above-listed cases: fact discovery cut-off: 4/1/16; motion cut-off: 7/18/16; final pretrial conference: 9/26/16; trial: 10/18/16. The Court will issue a scheduling order.

(4) All parties shall be ready for trial on the trial date. The Court will determine at that time which case shall proceed first.

(5) The above-listed matters are referred to Magistrate Judge Jay C. Gandhi for settlement purposes and to Magistrate Judge Douglas F. McCormick for discovery purposes.

|  | : | 7 |
|---|---|---|
| Initials of Clerk | djg | |