UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 14-01844-DOC (DFMx)<br>SACV14-01889-DOC (DFMx)<br>SACV14-01922-DOC (DFMx)<br>SACV14-01991-DOC (DFMx) | Date | March 1, 2016 |
|---|---|---|---|
| Title | Ashley Boehler, et al. v. Zillow, Inc. et al.; Rachel Kremer v Zillow, Inc.; Jennifer Young v. Zillow, Inc. et al.; Stephen Johnson, et al. v. Zillow, Inc. | | |

Present: The Honorable   Douglas F. McCormick

| Terri Steele | CS 03/01/2016 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin J. Meiselas | Amanda K. Bonn |

**Proceedings:**   (In Court) Telephonic Discovery Conference

Case called. Appearances made. Discussion held.

Zillow is ordered to run and produce responsive documents from the following ESI searches:

1. For the 7 custodians to which the parties previously agreed, the terms "co-marketing" and "violat!" for a 12-month period identified by Plaintiffs' counsel by the close of business today.

2. For Greg Schwartz, the following proximity searches:

   a. log! /10 clock
   b. track /10 clock
   c. break /10 clock
   d. track /10 break
   e. log! /10 break

///
///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-01844-DOC (DFMx) <br> SACV14-01889-DOC (DFMx) <br> SACV14-01922-DOC (DFMx) <br> SACV14-01991-DOC (DFMx) | Date | March 1, 2016 |
|---|---|---|---|
| Title | Ashley Boehler, et al. v. Zillow, Inc. et al.; Rachel Kremer v Zillow, Inc.; Jennifer Young v. Zillow, Inc. et al.; Stephen Johnson, et al. v. Zillow, Inc. | | |

      The Court schedules a further telephone conference on March 10, 2016, at 9:00 a.m. The parties should submit a one page brief by 8:00 a.m. on March 10, 2016, to identify any issues to be raised at the March 10 telephone conference.

| | : | 29 |
|---|---|---|
| Initials of Clerk | ts | |