| | |
|---|---|
| 1 | BROOKE A. M. TAYLOR *(pro hac vice)* |
| 2 | btaylor@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 3 | 1201 3rd Avenue, Suite 3800<br>Seattle, WA  98101 |
| 4 | Telephone:  (206) 373-7383<br>Facsimile:  (206) 516-3883 |
| 5 | STEVEN G. SKLAVER (237612) |
| 6 | ssklaver@susmangodfrey.com<br>AMANDA BONN (270891) |
| 7 | abonn@susmangodfrey.com<br>DAVIDA BROOK (275370) |
| 8 | dbrook@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 9 | 1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029 |
| 10 | Telephone:  (310) 789-3100<br>Facsimile:  (310) 789-3150 |
| 11 | Attorneys for Defendant Zillow, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY BOEHLER, an individual;<br>JAMES FRIEDRICH, an individual,<br><br>         Plaintiffs,<br>v.<br><br>ZILLOW, INC., a Washington corporation; and DOES 1 through 50, inclusive<br><br>         Defendants. | SACV 14-01844 DOC (DFMx)<br><br>Hon. David O. Carter<br><br>NOTICE OF SETTLEMENT<br><br>Final Pretrial Conf.:   September 26, 2016<br>Trial Date:                  October 18, 2016<br><br>[These Dates Apply to All Captioned Cases] |
| RACHEL KREMER, an individual,<br><br>         Plaintiff,<br>v.<br><br>ZILLOW, INC., a Washington corporation; and DOES 1 through 50, inclusive<br><br>         Defendants. | SACV 14-01889 DOC (DFMx)<br><br>Hon. David O. Carter<br><br>NOTICE OF SETTLEMENT |

| | | |
|---|---|---|
| 1 | JENNIFER YOUNG, an individual; | SACV 14-01922 DOC (DFMx) |
| 2 | Plaintiff, | Hon. David O. Carter |
| 3 | v. | |
| 4 | ZILLOW, INC., a Washington corporation; and DOES 1 through 50, inclusive | NOTICE OF SETTLEMENT |
| 5 | | |
| 6 | Defendants. | |
| 7 | STEPHEN JOHNSON, an individual; REGINALD PETERSON, an individual; RYAN SEDA, an individual; JASON YOUSEPH, an individual; and MICHAEL KERR, an individual, | SACV 14-01991 DOC (DFMx) |
| 8 | | Hon. David O. Carter |
| 9 | | |
| 10 | | NOTICE OF SETTLEMENT |
| 11 | Plaintiffs, | |
| | v. | |
| 12 | ZILLOW, INC., a Washington corporation; and DOES 1 through 50, inclusive | |
| 13 | | |
| 14 | Defendants. | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

The parties write to notify the Court that during the Court-ordered settlement conference on May 5, 2016, before the Honorable Jay C. Gandhi, the parties reached settlements in the above-captioned actions. The parties are finalizing the long-form settlement agreements and, once the long-form agreements are complete, will promptly file a stipulation to dismiss the above-captioned actions with prejudice.

Dated: May 6, 2016

BROOKE A. M. TAYLOR
STEVEN G. SKLAVER
AMANDA BONN
DAVIDA BROOK
SUSMAN GODFREY L.L.P.

By: */s/ Steven G. Sklaver*
Attorneys for Defendant Zillow, Inc.

Dated: May 6, 2016

MARK J. GERAGOS
BEN J. MEISELAS
GERAGOS & GERAGOS

By: */s/ Mark J. Geragos*
Attorneys for Plaintiffs

1